UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

ORGAN WORLDWIDE, LLC, an Illinois )
Limited Liability Company, )
 )
               Plaintiff, )
 )
        v. ) Case No. 07 C 2480
 )
GIFFORD MORLEY FLETCHER, an )
Individual, )
 )
               Defendant. )

## MEMORANDUM OPINION AND ORDER

On August 28, 2007, we dismissed this lawsuit. In the meantime, defendant had moved for sanctions. On September 6, 2007, defendant responded, and it is evident that his counsel were not yet aware of the August 28 opinion. That is, however, of little moment, as that opinion make clear just one reason this lawsuit should never have been filed. It was a frivolous claim, and as such it violated Rule 11.

Defendant's efforts in defense did not need to be great and the opinion was short because plaintiff was candid and did not attempt to put any spin on the facts. But defendant did have to spend some time, some $4,680 in time, and he should not have needed to do so. We enter judgment against plaintiff but not his attorneys. We do not know who fostered the lawsuit. Perhaps plaintiff thought it had been badly used in England and insisted upon pursuing an ill fated claim here. Or perhaps its counsel somehow thought plaintiff could

prevail. We leave to plaintiff and its counsel to decide who should actually pay – but defendant is entitled to $4,680.

                                                                       James B. Moran
                                                  Senior Judge, U.S. District Court

    Oct. 16    , 2007